HMK/mhb  CH 7941

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                    Plaintiff,                    07 CIV 10440 (VM)(FM)
                                                          ECF CASE

    -against-

CENTRAL FREIGHT LINES, INC. ,                  **RULE 7.1 STATEMENT**
CASESTACK, INC.

                    Defendants.
---------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: November 19, 2007

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:___/S/_____
                                                 HAROLD M. KINGSLEY
                                                 91 W. Cherry Street
                                                 Hicksville, New York 11801
                                                 (516) 931-0064