# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

FEDERAL INSURANCE COMPANY

Plaintiff,

v.

CENTRAL FREIGHT LINES, INC..
CASESTACK, INC.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 10440

TO:

CASESTACK
2850 Ocean Park Blvd. #100
Santa Monica, CA 90405

CENTRAL FREIGHT LINES
5601 W. Waco Dr.
Waco, TX 76710

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV 19 2007

CLERK  J. MICHAEL MCMAHON                    DATE

(BY) DEPUTY CLERK

12-03-07P12:36 RCVD

12-03-07P12:36 RCVD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 12-3-07 |
| NAME OF SERVER (PRINT) Michael Hix | TITLE Deputy Constable |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Linda Kutni at 5601 West Waco Dr, Waco, Tx 76710

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-03-07
         Date

Signature of Server: *Michael Hix*

Address of Server: *Travis Bailey, Constable Pct. 1, McLennan County*

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.