AO 440 (Rev. 10/93) Summont in a Civil Action - SDNY WEB 4/99 FS 7906

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

FEDERAL INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER:

CENTRAL FREIGHT LINES, INC..
CASESTACK, INC.

07 CV 10440

Defendant.

TO:

CASESTACK
2850 Ocean Park Blvd. #100
Santa Monica, CA 90405

CENTRAL FREIGHT LINES
5601 W. Waco Dr.
Waco, TX 76710

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV 1 9 2007

CLERK    J. MICHAEL MCMAHON

(BY) DEPUTY CLERK

DATE

KINGSLEY,KINGSLEY & CALKINS
ATTORNEYS AT LAW
91 W. CHERRY ST
HICKSVILLE, NY 11801

Case No: 07CV10440
Doc. No: 3800801100064

COUNTY OF LOS ANGELES  SHERIFF'S DEPARTMENT  STATE OF CALIFORNIA
Court: DISTRICT     County· SOUTHERN          State: NEW YORK
FEDERAL INSURANCE CO. VS CENTRAL FREIGHT LINES

AFFIDAVIT OF SERVICE

I certify that  SHATEKA S. WILLIAMS
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
          SUMMONS & COMPLAINT

On  01/16/08 at  09:00 AM and that he served the same on the defendant and/or
respondent named below, on the date indicated, by delivering to and leaving
with said defendant and/or respondent in the County of Los Angeles, State of
California, personally, a true and correct copy thereof, with all notices and
endorsements thereon, in the manner and the place and time shown below:

1. Name: CASESTACKS,INC.

2. Person served and title:
        VERONICA MARTINEZ, RECEPTIONIST, AND AUTHORIZED AGENT TO ACCEPT
        SERVICE ON BEHALF OF CASESTACKS, INC.

3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
        09:00 AM
        01/16/08

5. Mailing date, type of mail and place of mailing

6. Address, city and state:
        2850 OCEAN PARK BLVD #100
        SANTA MONICA, CA 90405

        (  ) Home      ( X ) Business

( X ) (Personal Service) by personally delivering true copies to the person, firm or corporation served.

(    ) With endorsement of name, place of service and official title on copy served.

(    ) With required notice written or printed on the face of the process served.

(    ) Affiant showed the original process to the defendant at the time of such service.

( X ) (Identification) was made as to the identify of the person so served was as follows:

(    ) Photograph of the defendant attached to the process and furnished by the plaintiff herein and made a part of this affidavit.

( X ) Sex: F    Race:            Hair:          Age: 29
Weight:         Height: 5 Ft.  3  Ins.
Drivers Lic:                Other:

( X ) (Military Service) That at the time of service of process, defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 30.00
         NOTARY: 10.00  COUNTY CLERK:         TOTAL:$ 40.00
Deputy SHATEKA S. WILLIAMS
SHERIFF'S OFFICE                LEROY D. BACA, SHERIFF
1725 MAIN ST
SANTA MONICA, CA 90401        By: _____
(310)260-3816                          Deputy Sheriff

State of California
County of Los Angeles

On _Ianuary 17, 2008_ Thursday_____ before me,
____Dana Jordan_____ (Name & Title of Officer)
personally appeared ___Shateka S. Williams_____,
who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of
California that the foregoing paragraph is true and correct.

    WITNESS my hand and official seal.

Signature _Dana Ann Jordan_____ (Seal)



DANA ANN JORDAN
COMM. #1700659
Notary Public - California
Ventura County
My Comm. Expires Oct. 24, 2010