UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
FEDERAL INSURANCE COMPANY,          :
                                    :
                    Plaintiff,      :                                    :
                                    :           07-CV-10440 (Judge Marrero)
        v.                          :
                                    :
CENTRAL FREIGHT LINES, INC., and    :
CASESTACK, INC.,                    :
                                    :
                    Defendants.     :
-----------------------------------------------------x

**STIPULATION PROVIDING DEFENDANT CASESTACK, INC.
AN EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE MOVE**

It is hereby stipulated by and between the undersigned counsel to the parties that the time for Defendant CaseStack, Inc., to answer, plead, or otherwise move in response to both Plaintiff's Complaint, and Defendant Central Freight Lines, Inc.'s Cross-Claims shall be extended through and including February 15, 2008.  No such prior extension has been granted, and the extension of time stipulated herein does not exceed thirty (30) days.

KINGSLEY, KINGSLEY & CALKINS          SCHINDEL, FARMAN, LIPSIUS,
                                      GARDNER & RABINOVICH, LLP


/s                                    /s
By:    Harold M. Kingsley             By:    Jonathan F. Ball

91 West Cherry Street                 14 Penn Plaza, Suite 500
Hicksville, NY  11801                 New York, NY  10022
(516) 931-0064                        (212) 563-1710
hmk@kingsleyandkingsley.com           jball@sfl-legal.com

*Counsel for Plaintiff*               *Counsel for Defendant*
*Federal Insurance Company*           *CaseStack, Inc.*

NOWELL AMOROSO KLEIN BIERMAN, P.A.

/s_____
By:   Thomas C. Martin

155 Polifly Road
Hackensack, NJ  07601
(201) 343-5001
tmartin@nakblaw.com

*Counsel for Defendant*
*Central Freight Lines, Inc.*

**APPROVED AND SO ORDERED** this \_\_ day of February, 2008.

                                                    **BY THE COURT:**

                                                    _____, J.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 5th day of February, 2008, the foregoing Stipulation for Extension of Time was filed electronically through the Court's ECF system. Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

Harold M. Kingsley, Esquire
KINGSLEY, KINGSLEY & CALKINS.
91 West Cherry Street
Hicksville, NY 11801

*Counsel for Plaintiff*
*Federal Insurance Company*

Thomas C. Martin, Esquire
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, NJ 07601

*Counsel for Defendant*
*Central Freight Lines, Inc.*

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s
By:   Jonathan F. Ball
      I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY 10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant*
*CaseStack, Inc.*