UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
FEDERAL INSURANCE COMPANY,          :
                                    :
                    Plaintiff,      :
                                    :     07-CV-10440 (Judge Marrero)
         v.                         :
                                    :
CENTRAL FREIGHT LINES, INC., and    :
CASESTACK, INC.,                    :     NOTICE OF APPEARANCE
                                    :     OF COUNSEL
                    Defendants.     :
-----------------------------------------------------x

      Jonathan F. Ball, Esquire, being an attorney-at-law of the States of New York and New Jersey, and the Commonwealth of Pennsylvania, and also being admitted to the bar of the United States District Court for the Southern District of New York, hereby formally enters his appearance of record in this matter on behalf of Defendant CaseStack, Inc. Notices and papers may be mailed to and/or served upon him on behalf of Defendant CaseStack, Inc. at the address below.

                                                     SCHINDEL, FARMAN, LIPSIUS,
                                                     GARDNER & RABINOVICH, LLP

                                                     /s_____
                                                     By:    Jonathan F. Ball

                                                     14 Penn Plaza, Suite 500
                                                     New York, NY  10022
                                                     (212) 563-1710
                                                     (212)
                                                     jball@sfl-legal.com

                                                     *Counsel for Defendant CaseStack, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of February, 2008, the foregoing Notice of Appearance of Counsel was filed electronically through the Court's ECF system. Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

Harold M. Kingsley, Esquire
KINGSLEY, KINGSLEY & CALKINS.
91 West Cherry Street
Hicksville, NY  11801

*Counsel for Plaintiff*
*Federal Insurance Company*

Thomas C. Martin, Esquire
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, NJ  07601

*Counsel for Defendant*
*Central Freight Lines, Inc.*

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s
By:     Jonathan F. Ball
           I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY  10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant*
*CaseStack, Inc.*