UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
FEDERAL INSURANCE COMPANY,   :
:
            Plaintiff,   :   :
:   07-CV-10440 (Judge Marrero)
  v.   :
:
CENTRAL FREIGHT LINES, INC., and   :
CASESTACK, INC.,   :   DEFENDANT CASESTACK, INC.'S
:   CORPORATE DISCLOSURE STATEMENT
            Defendants.   :
-------------------------------------------------------x

    The nongovernmental corporate party, Defendant CaseStack, Inc., in the above listed civil action is not publicly traded, and has no parent corporation. No publicly held corporation owns 10% or more of Defendant CaseStack, Inc.'s stock.

                                 SCHINDEL, FARMAN, LIPSIUS,
                                   GARDNER & RABINOVICH, LLP

                                 By:   /s/ Jonathan F. Ball
                                     Jonathan F. Ball
                                     Attorney I.D. No. 59420

                                 14 Penn Plaza, Suite 500
                                 New York, New York 10122
                                 (212) 563-1710
                                 (212) 695-6602 (fax)
                                 jball@sfl-legal.com

                                 Attorneys for Defendant,
                                 CaseStack, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of February, 2008, the foregoing Corporate Disclosure Statement was filed electronically through the Court's ECF system. Notice of such electronic filing, and access to a true and correct copy of the foregoing pleading, will be given to the following counsel of record automatically through the Court's ECF system:

Harold M. Kingsley, Esquire
KINGSLEY, KINGSLEY & CALKINS.
91 West Cherry Street
Hicksville, NY  11801

*Counsel for Plaintiff*
*Federal Insurance Company*


Thomas C. Martin, Esquire
NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, NJ  07601

*Counsel for Defendant*
*Central Freight Lines, Inc.*


SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP

/s/ Jonathan F. Ball
By:     Jonathan F. Ball
        I.D. No. 59420
14 Penn Plaza, Suite 500
225 W. 34th Street
New York, NY  10022
(212) 563-1710
(212) 695-6602 (fax)
jball@sfl-legal.com

*Counsel for Defendant*
*CaseStack, Inc.*