02/11/2008 14:32 FAX 2018830270        LAW OFFICE                              ☒002
02/08/2008 17:17 FAX 8189314313         KINGSLEY KINGSLEY CALKIN               ☒002

MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
FEDERAL INSURANCE COMPANY,

          Plaintiff,

v.                                                07-CV-10440 (Judge Marrero)

CENTRAL FREIGHT LINES, INC., and
CASESTACK, INC.,

          Defendants.
------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08
```

**STIPULATION PROVIDING DEFENDANT CASESTACK, INC.
AN EXTENSION OF TIME TO ANSWER, PLEAD, OR OTHERWISE MOVE**

It is hereby stipulated by and between the undersigned counsel to the parties that the time for Defendant CaseStack, Inc., to answer, plead, or otherwise move in response to both Plaintiff's Complaint, and Defendant Central Freight Lines, Inc.'s Cross-Claims shall be extended through and including February 15, 2008. No such prior extension has been granted, and the extension of time stipulated herein does not exceed thirty (30) days.

KINGSLEY, KINGSLEY & CALKINS    SCHINDEL, FARMAN, LIPSIUS,
                                                  GARDNER & RABINOVICH, LLP

By: /s/ Harold M. Kingsley             By: /s/ Jonathan F. Ball
    Harold M. Kingsley                            Jonathan F. Ball

91 West Cherry Street                   14 Penn Plaza, Suite 500
Hicksville, NY 11801                    New York, NY 10022
(516) 931-0064                                 (212) 563-1710
hmk@kingsleyandkingsley.com       jball@sfl-legal.com

*Counsel for Plaintiff*                     *Counsel for Defendant*
*Federal Insurance Company*           *CaseStack, Inc.*

02/11/2008 14:32 FAX 2018830270    LAW OFFICE    ☒003
02/08/2008 17:18 FAX 5169314313    KINGSLEY KINGSLEY CALKIN    ☒003

NOWELL AMOROSO KLEIN BIERMAN, P.A.

By: /s/ Thomas C. Martin
       Thomas C. Martin

155 Polifly Road
Hackensack, NJ 07601
(201) 343-5001
tmartin@nakblaw.com

*Counsel for Defendant*
*Central Freight Lines, Inc.*

APPROVED AND SO ORDERED this 11th day of February, 2008.

BY THE COURT:

Victor Marrero  U.S.D.J.