## NOWELL AMOROSO KLEIN BIERMAN, P.A.
COUNSELLORS AT LAW

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 40028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANIANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*†
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD*†
THOMAS C. MARTIN†

RICK A. STEINBERG *ᵁ
JOSEPH S. SHERMAN
     COUNSEL

TIMOTHY J. BARTZOS
GREGORY K. ASADURIAN
ROMAL D. BULLOCK
JOHN P. MAHZOLLA*
ANTHONY J. MARCHESE*
YANA CHEGHELNITSKY*

ARTHUR MINUSKIN
ANTHONY J. FREGE
KAREN A. PASSARO
JOHN G. HUDAK
    OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
   Federal Courts in NY
ᵁ Also Admitted in PA

February 20, 2008

**VIA FACSIMILE (212)805-6382**

Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street -- Courtroom 20B
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·21·08
```

Re:   Federal Insurance Co. v. Central Freight Lines, Inc. and Casestack, Inc.
      07 CIV 10440 (VM)
      Our File No.: 5122.002

Dear Judge Marrero:

We represent defendant Central Freight Lines, Inc.

We respectfully submit this letter pursuant to Your Honor's Individual Practices Rule I, Paragraph F, to respectfully request an adjournment of the Rule 16 Initial Conference. Currently the Rule 16 Conference is scheduled for February 22, 2008 at 4:45 p.m.

There have been no prior requests for an extension or adjournment and all counsel consent. This requested extension does not effect any other scheduled dates.

In consultation with all counsel it would appear that we are available, pursuant to Your Honor's schedule, to have the Rule 16 Conference on March 7, 2008 preferably in the afternoon.

Honorable Victor Marrero, U.S.D.J.
February 20, 2008
Page 2

      We thank the Court for its attention to this matter. We will notify all other parties of the Court's disposition of this request.

                      Respectfully yours,

                      Nowell Amoroso Klein Bierman, P.A.

                      Thomas C. Martin

TCM/bb
Cc:   Steven P. Calkins, Esq. (via facsimile)
       Jonathan F. Ball, Esq. (via facsimile)

---

Request GRANTED. The initial conference herein is rescheduled to 3-7-08 at 2:15 p.m.

SO ORDERED.

2-20-08
DATE      VICTOR MARRERO, U.S.D.J.