## NOWELL, AMOROSO KLEIN BIERMAN, P.A.
COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLAM D. BIERMANT
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*†
MICHAEL J. NOONAN
WILLIAM C. SOURAS*
BRADLEY M. WILSON†
JOHN R. LLOYD†
THOMAS C. MARTIN†

RICK A. STEINBERG*††
JOSEPH S. SHERMAN
  COUNSEL

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 49028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

TIMOTHY J. BARTZOS
GREGORY K. AGADJANIAN
ROMAL D. BULLOCK
JOHN P. MARZOLLA*
ANTHONY J. MARCHESE*
YANA CHECHELNITSKY*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
  OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
  Federal Courts in NJ
†† Also Admitted in PA

February 21, 2008

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2-22-08

**<u>VIA FACSIMILE (212)805-6382</u>**
Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street -- Courtroom 20B
New York, NY 10007

Steven P. Calkins, Esq.
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801

Jonathan F. Ball, Esq.
Schindel, Farman, Lipsius
Gardner & Rabinovich, LLP
14 Penn Plaza, Suite 500
New York, NY 10022

    Re: Federal Insurance Co. v. Central Freight Lines, Inc. and Casestack, Inc.
          07 CIV 10440 (VM)
          Our File No.: 5122.002

Dear Judge Marrero:

    We represent defendant Central Freight Lines, Inc.

    Please allow this correspondence to confirm my secretary's telephone conference with a member of Your Honor's staff today advising that the Rule 16 Conference scheduled for Friday, February 22, 2008 at 4:45 p.m has been re-scheduled to Friday, March 7, 2008 at 2:15 p.m. By copy of this correspondence I am advising my adversaries of same.

Honorable Victor Marrero, U.S.D.J.
Steven P. Calkins, Esq.
Jonathan F. Ball, Esq.
February 21, 2008
Page 2

    Thank you for the Court's attention to this matter.

        Respectfully yours,

        Nowell Amoroso Klein Bierman, P.A.

        Thomas C. Martin

TCM/bb

---

Request GRANTED. The initial conference herein is rescheduled to 3-7-08 at 2:15 p.m.

SO ORDERED.

2-21-08
DATE     VICTOR MARRERO, U.S.D.J.