# NOWELL AMOROSO KLEIN BIERMAN, P.A.

COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*◻
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD◻
THOMAS C. MARTIN†

RICK A. STEINBERG *◻
JOSEPH S. SHERMAN
COUNSEL

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

TIMOTHY J. BARTZOS
GREGORY K. ASADURIAN
ROMAL D. BULLOCK
JOHN P. MARZOLLA*
ANTHONY J. MARCHESE*
YANA CHECHELNITSKY*
LORI E. KOLIN*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
OF COUNSEL

* Also Admitted in NY
† Also Admitted in the Federal Courts in NY
◻ Also Admitted in PA

April 21, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

### VIA FACSIMILE ONLY (212) 805-6382

Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

Re:  Federal Insurance Co. v. Central Freight Lines, Inc. and Casestack, Inc.
     07 CIV 10440 (VM)
     Our File No.: 5122.002

Dear Judge Marrero:

We represent Defendant, Central Freight Lines, Inc.

We respectfully submit this letter pursuant to Your Honor's Individual Practice Rule I. F. to request that the Rule 16 Conference be rescheduled. Currently, Your Honor has directed the Rule 16 Conference for April 24, 2008 at 10:00 and, importantly, that representatives of the clients must appear with counsel on that date.

Defendant Central Freight Lines, Inc.'s representative has a prior commitment to be in San Diego, California for April 24, 2008. The undersigned has conferred with counsel for plaintiff and counsel for co-defendant Case Stack. None of the parties objects.

None of the parties objects to an extension of the Rule 16 Conference from April 24, 2008 to accommodate the appearance of the clients' representatives. We believe that a short adjournment from April 24, 2008 to, for example, May 1, 2008 (depending, of course, on Your Honor's schedule) may go a long way toward reaching a settlement as Your Honor so instructed counsel to discuss same with the parties.

There has been one prior request of counsel to adjourn the Rule 16 Conference from February 22, 2008 to March 7, 2008. That request was granted and was based on a conflict of scheduling among counsel.

As Your Honor may recall, on March 7, 2008 the Court emphasized the parties' need to examine settlement and then directed that counsel reappear on April 11, 2008. On April 11, 2008, the Court then re-set the Conference for April 24, 2008 with the requirement that the clients appear. We respectfully request that the April 24, 2008 date be rescheduled for a short time to allow for the scheduling of our respective clients to appear, if necessary, if the case cannot be settled before that time.

We thank the Court for its attention to this matter.

Respectfully submitted,

Nowell Amoroso Klein Bierman, P.A.

Thomas C. Martin

TCM/bb

Cc  Steven P. Calkins, Esq.
    Kingsley, Kingsley & Calkins
    91 West Cherry Street
    Hicksville, NY 11801

    Jonathan F. Ball, Esq.
    Schindel, Farman, Lipsius
    Gardner & Rabinovich, LLP
    14 Penn Plaza, Suite 500
    New York, NY 10022

> Request GRANTED. The settlement conference herein is rescheduled to 5-1-08 at 9:30 a.m. The parties are directed to appear through counsel and principals with binding authority to reach a disposition of this action. No further adjournments will be granted. The Court notes that the parties were on notice of the 4-24-08 date of the conference on 4-11-08 and only now is the defendant's scheduling conflict being brought up.
>
> SO ORDERED.
>
> DATE 4-21-08   VICTOR MARRERO, U.S.D.J.

Victor Marrero, U.S.D.J.