**Kingsley, Kingsley & Calkins**
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____               │
│ DATE FILED: 5-20-08         │
└─────────────────────────────┘
```

May 19, 2008

Hon. Victor Marrero
United States District Judge
U. S. Courthouse
500 Pearl Street, RM 660
New York, NY 10007

**By Fax: (212) 805-6382**

RE: Federal Insurance Company v.
Central Freight Lines, Inc., CaseStack, Inc.
07 CIV. 10440 (VM)(FM)
Our Ref: CH 7941

Hon. Sir:

We represent the plaintiff in the above action, and refer to the Court's Conditional Order of Discontinuance dated May 1, 2008, copy enclosed.

We have not received the settlement contribution from defendant Central Freight Lines nor an indication when such payment will be made. We therefore respectfully request that this action be reopened at this time, or that the 30 day compliance time in the Conditional Order of Discontinuance be extended an additional 30 days to June 30, 2008, in order to complete settlement of this matter.

Thank you.

Respectfully,

[signature]

SPC/
Encl.

```
┌──────────────────────────────────────────────────────────┐
│ Request GRANTED. The Conditional Order of Discontinuance │
│ herein is amended to extend until 6-30-08 the date by    │
│ which plaintiff may restore the action to the Court's    │
│ active calendar.                                         │
│                                                          │
│ SO ORDERED.                                              │
│                                                          │
│ 5-20-08              [signature]                         │
│ DATE                 VICTOR MARRERO, U.S.D.J.            │
└──────────────────────────────────────────────────────────┘
```

cc: NOWELL AMOROSO KLEIN BIERMAN, ESQS.   **By Fax: (201) 343-5181**
155 Polifly Road
Hackensack, NJ 07601
Attn: Thomas Martin, Esq.

SCHINDEL, FARMAN, LIPSIUS,   **By Fax: (212) 695-6602**
GARDNER & RABINOVICH, ESQS.
14 Penn Plaza, Suite 500
New York, NY 10122
Attn: Jean Gardner, Esq.